JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: November 17, 2010

Check No. 2015431

Check Amount: $1,497.31

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-40078-R | 00000 | JOHNNIE LEE MASSEY | 0 | XXXXX4607 | 923.00 | 0.00 | 923.00 |
| | | Original check written to: JOHNNIE LEE MASSEY 3113 PINE NEEDLE MCKINNEY, TX 75070 | | | | | |
| 10-50103-R | 00000 | ANITA M. LALUMANDIER | 0 | XXXXX7703 | 574.31 | 0.00 | 574.31 |
| | | Original check written to: ANITA M. LALUMANDIER 5700 ELI TEXARKANA, TX 75503 | | | | | |
| | | | **TOTALS** | | **$1,497.31** | **$0.00** | **$1,497.31** |